No. 208, Misc. ADAMS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Leroy Nesbitt* for peti-

tioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 219, Misc. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.